UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KENNETH HATLEN,

Plaintiff,

v.

BYRNE et al.,

Defendants.

Case No. 3:15-cv-321-RCJ-VPC

ORDER

**I.   DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has not filed an application to proceed *in forma pauperis* or paid the full filing fee in this case. (*See* ECF No. 1). Additionally, Plaintiff has submitted a blank complaint with a motion for leave to file outside the form complaint. (ECF No. 1-1, 1-2).

The Court now dismisses this case without prejudice. Plaintiff is a frequent and experienced litigator in this Court. Prior to June 18, 2015, Plaintiff filed five civil rights actions this year without the accompanying application to proceed *in forma pauperis* or filing fee and submitted blank complaints with motions for leave to file outside the form complaint. Each time, the Court granted Plaintiff 30 days to file his applications to proceed *in forma pauperis* or pay the full filing fee and granted Plaintiff 30 days to file a complaint outside of the form complaint.[1] On June 18, 2015, Plaintiff initiated three new

---

[1] *See Hatlen v. Cox*, 3:15-cv-10-MMD-VPC; *Hatlen v. Cox*, 3:15-cv-86-MMD-

civil rights actions without the applications to proceed *in forma pauperis* or filing fee and submitted blank complaints with motions for leave to file outside the form complaint.[2]

The Court will no longer entertain Plaintiff's incomplete filing tactics and dismisses this case without prejudice. When Plaintiff is ready to properly initiate a new case he shall (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). He shall also submit a complete complaint and, if necessary, Plaintiff may simultaneously file a motion for leave to file outside of the form complaint.

## II.　CONCLUSION

For the foregoing reasons, it is ordered that this case is dismissed in its entirety without prejudice.

It is further ordered that Plaintiff may initiate a new case by filing a complete application to proceed *in forma pauperis* and a complete complaint.

It is further ordered that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

Dated this 25th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

VPC; *Hatlen v. Cox*, 3:15-cv-93-RCJ-WGC; *Hatlen v. Cox*, 3:15-cv-112-RCJ-WGC; and *Hatlen v. Byrne*, 3:15-cv-180-RCJ-WGC.

[2] See *Hatlen v. Byrne*, 3:15-cv-321-RCJ-VPC; *Hatlen v. Cox*, 3:15-cv-322-MMD-WGC; and *Hatlen v. Baker*, 3:15-cv-323-MMD-WGC.